FILED
IN OPEN COURT

APR 17

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS AKEEN HAIRSTON, )<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 1:19-cr-128<br><br>Count 1: Conspiracy to Distribute 5 kilograms or more of Cocaine and 1 kilogram or more of Heroin<br>(21 U.S.C. §§ 846, 841(a)(1))<br><br>Forfeiture Notice: 21 U.S.C. § 853 |

## INDICTMENT

April 2019 Term - at Alexandria

Count One

THE GRAND JURY CHARGES THAT:

From in and around October 2018 through on or about December 4, 2018, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant NICHOLAS AKEEN HAIRSTON, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown to the grand jury, to unlawfully, knowingly, and intentionally distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS there is probable cause that the property described below is subject to forfeiture. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, NICHOLAS AKEEN HAIRSTON, is hereby notified that if convicted of the violation charged in this Indictment, the defendant shall forfeit to the United States any property that is traceable to, derived from, fungible with, or a substitute for property that constitutes the proceeds of his offense and any property used or intended to be used to commit or facilitate the commission of the charged offense, including, but not limited to, the following specific property: $390,000 in United States Currency, representing the value of the narcotics involved in the offense..

(Pursuant Title 21, United States Code, Section 853)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office
Foreperson of the Grand Jury

G. Zachary Terwilliger
United States Attorney

By: _____
Lena Munasifi
Special Assistant United States Attorney (LT)